















```
JPP     4/22/05    9:07
3:05-CV-00056    COOPER V. SAN DIEGO TRANSIT
*8*
*NTCCSDISM.*
```

```
 1  J. ROD BETTS (SBN 098912)
    MELISSA LISTUG KLICK (SBN 228470)
 2  PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
    401 B Street, Tenth Floor
 3  San Diego, California  92101-8214
    Telephone: 619-237-5200
 4  Facsimile:  619-615-0700

 5  Attorneys for Defendant
    SAN DIEGO TRANSIT CORPORATION
```

FILED
05 APR 21 PH 3: 26
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COOPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN DIEGO TRANSIT CORPORATION and DOES 1 through 25, Inclusive<br><br>　　　　Defendants. | CASE NO. 05 CV 0056 JAH (JMA)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE DUE TO SETTLEMENT**<br><br>(Fed. R. Civ. P. 41(a)(1)) |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

8

05 CV 0056 JAH (JMA)
ENTERED ON APR 2 2 2005

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-entitled action be and hereby is dismissed with
3  prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The reason
4  for the dismissal with prejudice is that this matter has been settled.

5  Dated: 4/21/05

6  By: _____
    RAUL CADENA
7   CADENA CHURCHILL
    Attorneys for Plaintiff
8   RICHARD COOPER

9  Dated: 4/21/05

10 By: _____
    J. ROD BETTS
11  MELISSA J. LISTUG KLICK
    PAUL, PLEVIN, SULLIVAN &
12  CONNAUGHTON LLP
    Attorneys for Defendant SAN DIEGO
13  TRANSIT CORPORATION

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

05 CV 0056 JAH (JMA)