USDC SCAN INDEX SHEET










```
JPP    4/26/05    16:59
3:05-CV-00056   COOPER V. SAN DIEGO TRANSIT
*10*
*STIPO.*
```

J. ROD BETTS (SBN 098912)
MELISSA LISTUG KLICK (SBN 228470)
PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
401 B Street, Tenth Floor
San Diego, California 92101-8214
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
SAN DIEGO TRANSIT CORPORATION

FILED
05 APR 21 PM 3: 26
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD COOPER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO TRANSIT CORPORATION and DOES 1 through 25, Inclusive<br><br>　　　　Defendants. | CASE NO. 05 CV 0056 JAH (JMA)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE DUE TO SETTLEMENT**<br><br>(Fed. R. Civ. P. 41(a)(1)) |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

10

05 CV 0056 JAH (JMA)

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-entitled action be and hereby is dismissed with
3  prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The reason
4  for the dismissal with prejudice is that this matter has been settled.

5  Dated: 4/21/05

6  By: _____
   RAUL CADENA
7  CADENA CHURCHILL
   Attorneys for Plaintiff
8  RICHARD COOPER

9  Dated: 4/21/05

10 By: _____
   J. ROD BETTS
11 MELISSA J. LISTUG KLICK
   PAUL, PLEVIN, SULLIVAN &
12 CONNAUGHTON LLP
   Attorneys for Defendant SAN DIEGO
13 TRANSIT CORPORATION

IT IS SO ORDERED.
DATED 4-25-05

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

05 CV 0056 JAH (JMA)